ADSON INDUSTRIES, INC., Respondent, v. STATE OF NEW YORK, Appellant. (Claims Nos. 42687, 42688.) — STALEY, JR., J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.